1  MICHAEL J. STORTZ (SBN #139386)
   michael.stortz@dbr.com
2  MATTHEW J. ADLER (SBN #273147)
   matthew.adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:   (415) 591-7500
5  Facsimile:   (415) 591-7510

6  Attorneys for Defendants
   METROPCS COMMUNICATIONS, INC.,
7  METROPCS WIRELESS, INC., and T-MOBILE
   US, INC.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

| 13 | MARY DUDLEY, on behalf of herself and all others similarly situated, | Case No. 3:14-cv-01802-VC |
|---|---|---|
| 14 | | **CLASS ACTION** |
| 15 | Plaintiffs, | |
| 16 | v. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING (1) HEARING ON DEFENDANTS' MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS; AND (2) CASE MANAGEMENT CONFERENCE; DECLARATION OF MICHAEL J. STORTZ IN SUPPORT** |
| 17 | METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; T-MOBILE US, INC.; and DOES 1-100, | |
| 18 | | |
| 19 | Defendants. | AS MODIFIED |

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING (1) HEARING ON DEFS.' MOT.
TO DISMISS; AND (2) CMC; DECLARATION

CASE NO. 3:14-CV-01802-VC

1   WHEREAS, Defendants MetroPCS Communications, Inc., MetroPCS Wireless, Inc., and T-Mobile US, Inc. ("Defendants") have filed a motion (1) to dismiss Plaintiff Mary Dudley's Amended Complaint; and (2) to strike the class allegations (D.E. 8) (hereafter, "Motion");

4   WHEREAS, the hearing on Defendants' Motion was previously set for June 26, 2014;

5   WHEREAS, by order filed June 11, 2014 (D.E. 21), this Court rescheduled the hearing on Defendants' Motion for July 10, 2014 at 10:00 a.m.;

7   WHEREAS, counsel for Defendants has an unavoidable scheduling conflict and cannot attend the hearing on July 10, 2014;

9   WHEREAS, the parties believe that, under these circumstances, it is appropriate to reschedule the hearing for a date that is convenient for all parties and their counsel;

11  WHEREAS, the next hearing date available for the Court, and all parties and their counsel, is July 24, 2014;

13  WHEREAS, by order filed May 16, 2014 (D.E. 17), a Case Management Conference is currently scheduled for July 18, 2014 at 10:30 a.m.;

15  WHEREAS, the parties believe it would conserve judicial resources to resolve Defendants' pending Motion before convening for a Case Management Conference;

17  WHEREAS, there have not been any previous modifications of any scheduling order or other scheduled date in this action;

19  WHEREAS, the proposed scheduling changes set forth herein will not prejudice the parties and will have minimal, if any, effect on any further scheduling in this action;

21  WHEREAS, pursuant to Civil Local Rule 6-1(b), the parties through counsel have met and conferred and reached agreement as set forth herein.

23  THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel, subject to Court approval, as follows:

25  1.  The hearing on Defendants' pending Motion, currently scheduled for July 10, 2014, shall be taken off calendar and rescheduled for July 24, 2014 at ~~10:00 a.m.~~ 1:00 p.m.

27  2.  The Case Management Conference, currently scheduled for July 18, 2014, shall be taken off calendar and rescheduled for ~~August 5, 2014~~ July 24, 2014 at ~~10:00 a.m.~~ 1:00 p.m.

---

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

STIPULATION AND [PROPOSED] ORDER RESCHEDULING (1) HEARING ON DEFS.' MOT. TO DISMISS; AND (2) CMC; DECLARATION    - 1 -    CASE NO. 3:14-CV-01802-VC

3. The deadline for the parties to file a Joint Case Management Statement and Proposed Case Management Order shall be continued to and including July ~~29~~ 17, 2014.

IT IS SO STIPULATED.

Dated: June 12, 2014

DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
   Michael J. Stortz
   Matthew J. Adler

Attorneys for Defendants
METROPCS COMMUNICATIONS, INC.,
METROPCS WIRELESS, INC., and
T-MOBILE US, INC.

Dated: June 12, 2014

THE TIDRICK LAW FIRM

By: /s/ Steven G. Tidrick
   Steven G. Tidrick

Attorneys for Plaintiff
MARY DUDLEY

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June, 2014 in San Francisco, California.

/s/ Michael J. Stortz
Michael J. Stortz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 16, 2014

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria

The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE
STIPULATION AND [PROPOSED] ORDER RESCHEDULING (1) HEARING ON DEFS.' MOT. TO DISMISS; AND (2) CMC; DECLARATION — - 2 - — CASE NO. 3:14-CV-01802-VC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## **DECLARATION OF MICHAEL J. STORTZ**

I, Michael J. Stortz, hereby declare:

1. I am a member of the State Bar of California, and admitted to practice before this Court. I am a partner with the law firm of Drinker Biddle & Reath LLP, counsel for Defendants in this proceeding. This Declaration is based upon my personal knowledge and, if called upon to do so, I could and would competently testify to the matters set forth below

2. The schedule set forth above may be entered into by way of stipulation pursuant to Civil Local Rule 6-1(b). This Declaration is provided in support, pursuant to Civil Local Rule 6-2(a).

3. I have a pre-paid vacation planned for the week of July 7, 2014. As a result, I will not be able to attend a hearing on July 10, 2014.

4. The schedule set forth above was reached through meet and confer of the parties through counsel. The parties have agreed that the hearing on Defendants' pending motion to dismiss should be rescheduled for July 24, 2014. The parties have further agreed that the Case Management Conference should be continued to August 5, 2014.

5. There have not been any previous modifications of any scheduling order or other scheduled date in this action.

6. The proposed scheduling changes set forth above will not prejudice the parties and will have minimal, if any, effect on any further scheduling in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June, 2014 in San Francisco, California.

/s/ Michael J. Stortz
Michael J. Stortz

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

STIPULATION AND [PROPOSED] ORDER RESCHEDULING (1) HEARING ON DEFS.' MOT. TO DISMISS; AND (2) CMC; DECLARATION — - 3 -   CASE NO. 3:14-CV-01802-VC