1  MICHAEL J. STORTZ (SBN #139386)
   michael.stortz@dbr.com
2  MATTHEW J. ADLER (SBN #273147)
   matthew.adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:     (415) 591-7510

6  Attorneys for Defendants
   METROPCS WIRELESS, INC. and T-MOBILE
7  US, INC., f/k/a MetroPCS Communications, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  MARY DUDLEY, on behalf of herself and         Case No. 3:14-cv-01802-VC
    all others similarly situated,
14                                                **STIPULATION AND [PROPOSED]
                       Plaintiffs,                ORDER (1) TO CONTINUE CASE
15                                                MANAGEMENT CONFERENCE AND (2)
           v.                                     TO MODIFY BRIEFING DEADLINES
16                                                RELATED TO DEFENDANTS' MOTIONS
    METROPCS COMMUNICATIONS,                      IN RESPONSE TO PLAINTIFF'S SECOND
17  INC.; METROPCS WIRELESS, INC.; T-             AMENDED COMPLAINT;
    MOBILE US, INC.; and DOES 1-100,              DECLARATION OF MICHAEL J.
18                                                STORTZ IN SUPPORT**
                       Defendants.
19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
 REATH LLP          STIPULATION AND [PROPOSED] ORDER TO                    CASE NO. 3:14-CV-01802-VC
ATTORNEYS AT LAW    CONTINUE CMC; STORTZ DECLARATION
 SAN FRANCISCO

1      Pursuant to Civil Local Rule 6-1(b), the parties through counsel have met and conferred and

2 reached agreement, as follows.

3      WHEREAS, after convening for a Case Management Conference on September 30, 2014, the

4 Court issued a Minute Order (D.E. 36) requiring the parties to participate in a Settlement Conference

5 before Magistrate Judge Joseph C. Spero, and scheduling a further Case Management Conference for

6 January 22, 2015;

7      WHEREAS, the Settlement Conference is currently scheduled for December 10, 2014, pursuant

8 to the Settlement Conference Order issued by Judge Spero (D.E. 37);

9      WHEREAS, in light of the discussion at the September 30, 2014 Case Management

10 Conference, Defendants plan to file, on or before October 31, 2014, a Motion to Dismiss Plaintiff's

11 Second Amended Complaint (SAC), and a Motion to Strike the putative class allegations based on lack

12 of numerosity;

13      WHEREAS, Plaintiff anticipates deposing one or more witnesses identified in Defendants'

14 Motion to Strike, and seeks adequate time to take those depositions prior to filing her Opposition to

15 said Motion;

16      WHEREAS, the parties have met and conferred and have agreed to a briefing and hearing

17 schedule for these two Motions that allows for deposition discovery and further briefing to occur after

18 the December 10, 2014 Settlement Conference, as set forth below.

19      THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel,

20 subject to Court approval, as follows:

21      1.   Defendants shall have to and including October 31, 2014 to file their: (a) Motion to

22 Dismiss Plaintiff's SAC; and (b) Motion to Strike the putative class allegations in Plaintiff's SAC.

23      2.   Plaintiff shall have to and including January 22, 2015 to file papers in opposition.

24      3.   Defendants shall have to and including February 12, 2015 to file papers in reply.

25      4.   The hearing on Defendants' Motions shall be set for February 26, 2015 at 10:00 a.m.

26      5.   The Case Management Conference currently scheduled for January 22, 2015 shall be

27 continued to ~~February 26~~ **March 10**, 2015 at 10:00 a.m.~~, immediately following hearing on Defendants' Motions~~.

28      6.   The deadline for the parties to file an updated Joint Case Management Statement shall

1    be continued to and including ~~February 19~~ March 3, 2015.

2         IT IS SO STIPULATED.

4    Dated: October 10, 2014                    THE TIDRICK LAW FIRM

6                                               By: /s/ Steven G. Tidrick
                                                    Steven G. Tidrick
                                                    Joel B. Young

8                                               Attorneys for Individual and Representative
                                                Plaintiff MARY DUDLEY

10   Dated: October 10, 2014                    DRINKER BIDDLE & REATH LLP

12                                              By: /s/ Michael J. Stortz
                                                    Michael J. Stortz
                                                    Matthew J. Adler

14                                              Attorneys for Defendants
                                                METROPCS WIRELESS, INC. and T-
                                                MOBILE US, INC., f/k/a MetroPCS
15                                              Communications, Inc.

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of October, 2014 in San Francisco, California.

                                                /s/ Michael J. Stortz
                                                Michael J. Stortz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 14, 2014

                                                The Honorable Vince Chhabria
                                                UNITED STATES DISTRICT JUDGE