1  THE TIDRICK LAW FIRM
   STEVEN G. TIDRICK, SBN 224760
2  2039 Shattuck Avenue, Suite 308
   Berkeley, California  94704
3  Telephone:  (510) 788-5100
   Facsimile:   (510) 291-3226
4  E-mail:      sgt@tidricklaw.com

5  Attorneys for Individual and Representative
   Plaintiff Mary Dudley
6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10 MARY DUDLEY, on behalf of herself and all
   others similarly situated,                    Civil Case Number: 3:14-cv-01802
11
                  Plaintiffs,                    CLASS ACTION
12
        v.                                       **STIPULATION AND [PROPOSED]**
13                                               **ORDER TO EXTEND DEADLINE FOR**
   METROPCS COMMUNICATIONS, Inc.;                **SETTLEMENT CONFERENCE**
14 METROPCS WIRELESS, Inc.; T-MOBILE
   US, Inc.; and Does 1-100,                     Complaint filed:  January 17, 2014
15
                  Defendants.                    Amended complaint filed:  March 4, 2014
16
                                                 Trial Date:  Not Set

                                    1
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**
*Dudley v. MetroPCS Communications, Inc. et al.*, 3:14-cv-01802

WHEREAS, on September 30, 2014, the Court entered an order stating, in relevant part: "The parties are ordered to participate in a settlement conference to be conducted by Magistrate Judge Joseph C. Spero within 90 days, or as is convenient to his calendar." (Docket No. 36);

WHEREAS, the parties through counsel advised Judge Spero's courtroom deputy on October 7, 2014 that December 10, 2014 was available for setting the Settlement Conference in this matter;

WHEREAS, on October 7, 2014, Judge Spero entered an order setting a Settlement Conference for December 10, 2014 (Docket No. 37);.

WHEREAS, on October 14, 2014, the Court entered a Case Management Order (Docket Nos. 40), approving with modifications the parties' stipulated briefing and hearing schedule on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC"); and Defendant's Motion to Strike the putative class allegations in Plaintiff's SAC'

WHEREAS, by the October 31, 2014 deadline set forth in the Court's Case Management Order, Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint; and their Motion to Strike the Class Allegations therein, on the grounds of lack of numerosity (Docket Nos. 42 and 43);

WHEREAS, Defendants supported their Motion to Strike with the Declaration of Hope Norris ("Norris Decl.") (Docket No. 43-1);

WHEREAS Defendants have otherwise responded to Plaintiff's initial written discovery;

WHEREAS, Plaintiff has recently served or intends to serve additional discovery regarding the matters stated in the Norris Declaration, including deposition notices and written discovery;

WHEREAS, the parties are the process of meeting-and-conferring regarding Plaintiff's additional discovery, keeping in mind the following statement in the Court's order of August 8, 2014: "[D]iscovery may go forward at this time on the breach of contract claim, as well as on class certification. However, because Dudley has made no showing that she could proceed on

2

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**
*Dudley v. MetroPCS Communications, Inc. et al.*, 3:14-cv-01802

1  behalf of customers who did not opt out of the arbitration agreement, she is not entitled to

2  discovery about those customers at this stage, with the possible exception of limited, reasonable

3  discovery designed to explore whether all customers who properly sought to opt out of the

4  arbitration agreement were determined by the defendants to have successfully opted out." (Docket

5  No. 33);

6       WHEREAS, Plaintiff believes that her further discovery will maximize the

7  productivity of an early settlement conference, but the depositions and responses to such

8  discovery will not occur before the current date of the Settlement Conference of December 10,

9  2014;

10       WHEREAS, Defendants have only recently received Plaintiff's proposed discovery,

11  but are reviewing same and reserve all rights pending that review;

12       WHEREAS, Defendants remain prepared to participate in full at the Settlement

13  Conference as originally scheduled for December 10, 2014;

14       WHEREAS, Defendants also recognize that the Settlement Conference may not be

15  productive given Plaintiff's views that the Settlement Conference should proceed only after

16  further written discovery and one or more depositions;

17       WHEREAS, Judge Spero and the parties are available for a settlement conference on

18  January 26, 2015.

19       THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective

20  counsel as follows:

21       1.    The deadline for the settlement conference shall be continued until January 27,

22  2015.

23       2.    The deadlines set forth in the Court's Case Management Order (Docket No. 40)

24  shall remain unchanged.

25       IT IS SO STIPULATED.

26  Dated:  December 2, 2014         THE TIDRICK LAW FIRM

27                                    /s/ Steven G. Tidrick

28                                    STEVEN G. TIDRICK

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**
*Dudley v. MetroPCS Communications, Inc. et al.*, 3:14-cv-01802

1                         Attorneys for Plaintiff
                             MARY DUDLEY

Dated: December 2, 2014        DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz

_____

Attorneys for Defendants
METROPCS COMMUNICATIONS, INC.;
METROPCS WIRELESS, INC.; and
T-MOBILE US, INC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 3, 2014

_____
HON.
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Vince Chhabria

4

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**
*Dudley v. MetroPCS Communications, Inc. et al.*, 3:14-cv-01802

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Steven G. Tidrick, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of December, 2014.

```
        /s/ Steven G. Tidrick
        STEVEN G. TIDRICK
        Attorneys for Plaintiff
        MARY DUDLEY
```

5

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**
*Dudley v. MetroPCS Communications, Inc. et al.*, 3:14-cv-01802